1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Susan Sziveli
6

7

8

9         **UNITED STATES DISTRICT COURT**
        **CENTRAL DISTRICT OF CALIFORNIA**
10               **WESTERN DIVISION**

11

12

13  SUSAN SZIVELI,                )   Case No.: CV 12-03789 AGR
                                  )
                                  )   ORDER OF DISMISSAL
14        Plaintiff,              )
                                  )
15     vs.                        )
    MICHAEL J. ASTRUE,            )
16  Commissioner of Social Security, )
                                  )
17                                )
          Defendant.              )
18  _____)

19

20   The above captioned matter is dismissed with prejudice, each party to bear

21  its own fees, costs, and expenses.

22   IT IS SO ORDERED.

23  DATE: November 26, 2012         *alicia G. Rosenberg*
                                    _____
24                                  THE HONORABLE ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE
25

26

-1-

| | |
|---|---|
| 1 | DATE: November 20, 2012    Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | BY: /s/ Young Cho |
| 4 | Young Cho<br>Attorney for plaintiff Susan Sziveli |