Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Susan Sziveli

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SUSAN SZIVELI, | ) Case No.: CV 12-03789 AGR |
| | ) |
| | ) ORDER OF DISMISSAL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: November 26, 2012

*/s/ Alicia G. Rosenberg*

_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1  DATE: November 20, 2012        Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING

3                                         /s/ Young Cho
                              BY:_____
                                  Young Cho
4                                 Attorney for plaintiff Susan Sziveli

5                                   _____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26